IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sopczak, Donald R | Case Number: 07 B 05438 |
|---|---|---|
| | Sopczak, Jamie Lynn | Judge: Goldgar, A. Benjamin |
| | Printed: 12/28/07 | Filed: 3/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 6, 2007
Confirmed: June 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,300.00 | |
| Secured: | | 3,233.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,780.79 |
| Trustee Fee: | | 286.20 |
| Other Funds: | | 0.00 |
| Totals: | 5,300.00 | 5,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 1,874.00 | 1,780.79 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Dyck O'Neal Inc | Secured | 0.00 | 0.00 |
| 4. | GEMB | Secured | 103.02 | 0.00 |
| 5. | Citizens Bank | Secured | 15,765.72 | 2,236.00 |
| 6. | Harlem Furniture | Secured | 1,028.53 | 143.48 |
| 7. | Citizens Financial Services | Secured | 103.02 | 0.00 |
| 8. | Wells Fargo Bank | Secured | 30,000.00 | 0.00 |
| 9. | Dyck O'Neal Inc | Secured | 16,639.68 | 853.53 |
| 10. | Illinois Dept of Revenue | Priority | 2,134.31 | 0.00 |
| 11. | T Mobile USA | Unsecured | 127.57 | 0.00 |
| 12. | Sprint Nextel | Unsecured | 5.16 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 78.44 | 0.00 |
| 14. | Capital One | Unsecured | 87.36 | 0.00 |
| 15. | Citizens Financial Services | Unsecured | 64.66 | 0.00 |
| 16. | National Capital Management | Unsecured | 42.57 | 0.00 |
| 17. | Capital One | Unsecured | 11.12 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 156.72 | 0.00 |
| 19. | World Financial Network Nat'l | Unsecured | 33.18 | 0.00 |
| 20. | IC System Inc | Unsecured | 6.10 | 0.00 |
| 21. | Discover Financial Services | Unsecured | 75.84 | 0.00 |
| 22. | Discover Financial Services | Unsecured | 26.87 | 0.00 |
| 23. | Nicor Gas | Unsecured | 3.76 | 0.00 |
| 24. | Portfolio Recovery Associates | Unsecured | 81.80 | 0.00 |
| 25. | Citizens Bank | Unsecured | 0.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sopczak, Donald R | Case Number: 07 B 05438 |
|---|---|---|
| | Sopczak, Jamie Lynn | Judge: Goldgar, A. Benjamin |
| | Printed: 12/28/07 | Filed: 3/27/07 |

| | | | |
|---|---|---|---|
| 26. | ADT Security Systems | Unsecured | No Claim Filed |
| 27. | Allied Insurance | Unsecured | No Claim Filed |
| 28. | Alan Dunaj | Unsecured | No Claim Filed |
| 29. | Allied Interstate Inc | Unsecured | No Claim Filed |
| 30. | AT&T | Unsecured | No Claim Filed |
| 31. | American Debt Collection | Unsecured | No Claim Filed |
| 32. | Advocate MSO Services | Unsecured | No Claim Filed |
| 33. | Anderson Financial Network | Unsecured | No Claim Filed |
| 34. | Cingular Wireless | Unsecured | No Claim Filed |
| 35. | AOL | Unsecured | No Claim Filed |
| 36. | Citibank | Unsecured | No Claim Filed |
| 37. | Citibank | Unsecured | No Claim Filed |
| 38. | Comcast | Unsecured | No Claim Filed |
| 39. | Direct Tv | Unsecured | No Claim Filed |
| 40. | Commonwealth Edison | Unsecured | No Claim Filed |
| 41. | Penn Credit Corp | Unsecured | No Claim Filed |
| 42. | Maria Rusnaic | Unsecured | No Claim Filed |
| 43. | Farmers Insurance Group | Unsecured | No Claim Filed |
| 44. | USCB | Unsecured | No Claim Filed |
| 45. | CCS | Unsecured | No Claim Filed |
| 46. | GC Services Corporation | Unsecured | No Claim Filed |
| 47. | Creditors Alliance For The School Shop | Unsecured | No Claim Filed |
| 48. | Household Credit Services | Unsecured | No Claim Filed |
| 49. | Sallie Mae | Unsecured | No Claim Filed |
| 50. | NCO Financial Systems | Unsecured | No Claim Filed |
| 51. | Palos Community Hospital | Unsecured | No Claim Filed |
| 52. | Nowobilska Medical | Unsecured | No Claim Filed |
| 53. | Quest Diagnostics Inc | Unsecured | No Claim Filed |
| 54. | Sallie Mae | Unsecured | No Claim Filed |
| 55. | Carl Sandburg High School | Unsecured | No Claim Filed |
| 56. | Collectcorp Corp | Unsecured | No Claim Filed |
| 57. | McLeod USA | Unsecured | No Claim Filed |
| 58. | Sallie Mae | Unsecured | No Claim Filed |
| 59. | Sallie Mae | Unsecured | No Claim Filed |
| 60. | Great Bank | Unsecured | No Claim Filed |
| 61. | SBC | Unsecured | No Claim Filed |
| 62. | Radiology & Nuclear | Unsecured | No Claim Filed |
| 63. | Tiger Direct | Unsecured | No Claim Filed |
| 64. | Talk America | Unsecured | No Claim Filed |
| 65. | TCF Bank | Unsecured | No Claim Filed |
| 66. | TCF Bank | Unsecured | No Claim Filed |
| 67. | Zimmerman | Unsecured | No Claim Filed |
| 68. | University Of Phoenix | Unsecured | No Claim Filed |
| 69. | UPS Benefits Service Center | Unsecured | No Claim Filed |
| 70. | United States Dept Of Education | Unsecured | No Claim Filed |
| 71. | United States Dept Of Education | Unsecured | No Claim Filed |
| 72. | West Management | Unsecured | No Claim Filed |
| 73. | Robert Golden | Unsecured | No Claim Filed |
| 74. | Satis Net | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sopczak, Donald R<br>Sopczak, Jamie Lynn<br>Printed: 12/28/07 | Case Number: 07 B 05438<br>Judge: Goldgar, A. Benjamin<br>Filed: 3/27/07 |

| | | | | |
|---|---|---|---|---|
| 75. | United States Dept Of Education | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 68,449.43 | $ 5,013.80 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 286.20 |
| | _____ |
| | $ 286.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_